IN RE Alvarenga, Annette                                                Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. BC222294<br>Beth Vernell And Chris Vernell<br>Zee Law Group<br>323 W. Valley Blvd., Suite 200<br>Alhambra, CA 91803 | | | July 2002 | | | | 138,000.00 |
| Account No.<br>Tappan Zee<br>Zee Law Group<br>323 W. Valley Blvd., Suite 200<br>Alhambra, CA 91803 | | | Assignee or other notification for:<br>Beth Vernell And Chris Vernell | | | | |
| Account No. 50106300216<br>California Financial Credit Asociation<br>17750 Sherman Way, Suite 100<br>Reseda, CA 91335 | | | date unknown; collection account | | | | 510.00 |
| Account No. S91074605<br>California Student Aid Commission<br>P.O. Box 510623<br>Sacramento, CA 94245 | | | 1991 Student Loan | | | | 10,340.00 |
| Account No.<br>Crestar Bank<br>C/O ACS<br>501 Bleeker Street<br>Utica, NY 13501 | | | Assignee or other notification for:<br>California Student Aid Commission | | | | |

4 Continuation Sheets attached

Subtotal (Total of this page) 148,850.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Alvarenga, Annette
Debtor(s)

Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>United Student Aid Funds<br>P.O. Box 6180<br>Indianapolis, IN  46206 | | | Assignee or other notification for:<br>California Student Aid Commission | | | | |
| Account No. S92075099<br>California Student Aid Commission<br>P.O. Box 510623<br>Sacramento, CA  94245 | | | 1992; student loan | | | | 7,329.00 |
| Account No.<br>Crestar Bank<br>C/O ACS<br>501 Bleeker Street<br>Utica, NY  13501 | | | Assignee or other notification for:<br>California Student Aid Commission | | | | |
| Account No.<br>United Student Aid Funds<br>P.O. Box 6180<br>Indianapolis, IN  46206 | | | Assignee or other notification for:<br>California Student Aid Commission | | | | |
| Account No. S94210495<br>California Student Aid Commission<br>P.O. Box 510623<br>Sacramento, CA  94245 | | | 1994; student loan | | | | 17,329.00 |
| Account No.<br>Crestar Bank<br>C/O ACS<br>501 Bleeker Street<br>Utica, NY  13501 | | | Assignee or other notification for:<br>California Student Aid Commission | | | | |
| Account No.<br>United Student Aid Funds<br>P.O. Box 6180<br>Indianapolis, IN  46206 | | | Assignee or other notification for:<br>California Student Aid Commission | | | | |

Sheet    **1** of    **4** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **24,658.00**

(Complete only on last sheet of Schedule F)    **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE Alvarenga, Annette                                          Case No.
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. S94344939<br>California Student Aid Commission<br>P.O. Box 510623<br>Sacramento, CA 94245 | | | 1994; student loan | | | | 9,605.00 |
| Account No.<br>Crestar Bank<br>C/O ACS<br>501 Bleeker Street<br>Utica, NY 13501 | | | Assignee or other notification for:<br>California Student Aid Commission | | | | |
| Account No.<br>United Student Aid Funds<br>P.O. Box 6180<br>Indianapolis, IN 46206 | | | Assignee or other notification for:<br>California Student Aid Commission | | | | |
| Account No. 20107901<br>CMI<br>Optel Los Angeles<br>4200 International<br>Carrollton, TX 75007-1912 | | | 2001; unknown | | | | 75.00 |
| Account No. 1022290351<br>Credit Protection<br>Hollywood Video<br>13355 Noel Rd, 21st Floor<br>Dallas, TX 75240 | | | 1/2004; unknown | | | X | 135.00 |
| Account No. unknown<br>David Bond, D.C.<br>15720 Ventura Blvd., #101B<br>Encino, CA 91436 | | | 2001; medical services | | | | 4,200.00 |
| Account No. 2307878<br>ER Solutions<br>500 SW 7th Street, Building A100<br>Renton, WA 98055-2983 | | | 11/2002; unknown | | | | 1,423.00 |

Sheet  2  of  4  Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  15,438.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Alvarenga, Annette

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4482972**<br>Housevalues Com<br>11332 NE 122nd Way<br>Kirkland, WA 98034 | | | 1/2004 | | | | 7,515.00 |
| Account No.<br>Receivables Performance<br>P.O. Box 768<br>Bothell, WA 98041 | | | Assignee or other notification for:<br>Housevalues Com | | | | |
| Account No. **CS002284**<br>Knox Services LLC<br>727 W. 7th Street<br>Los Angeles, CA 90010 | | | 5/2000; services | | X | | 368.00 |
| Account No. **unknown**<br>La Voz Latina<br>13619 Victory Blvd., Suite D<br>Van Nuys, CA 91406 | | | 1998; advertising | | | | 1,700.00 |
| Account No. **02V02104**<br>Lina Gomez<br>27302 Big Rapids Loop, #13<br>Valencia, CA 91354 | | | 4/2002; small claims judgment | | | | 300.00 |
| Account No. **2V01223**<br>Luis Valera<br>15355 Sherman Way, Suite K<br>Van Nuys, CA 91406 | | | 6/2002; Medical services | | X | | 4,215.00 |
| Account No. **2V01302**<br>Luis Valera<br>15355 Sherman Way, Suite K<br>Van Nuys, CA 91406 | | | 6/2002; medical services | | X | | 4,335.00 |

Sheet    3    of    4    Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    18,433.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Alvarenga, Annette                                                                                Case No.
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4049895<br>Pacific Bell<br>2158 W. 190th Street, P.O. Box 2829<br>Torrance, CA 90504-6103 | | | 2/2003; collection account | | | | 189.00 |
| Account No.<br>American Agencies<br>2158 W. 190th Street, P.O. Box 2829<br>Torrance, CA 90504-6103 | | | Assignee or other notification for:<br>Pacific Bell | | | | |
| Account No. 890498<br>Southwest Collection SVC<br>P.O. Box 6349<br>Orange, CA 92863 | | | 12/2003; collection account | | | | 155.00 |
| Account No. 1894366366001<br>Wickert Chiropractic<br>612 N. Douty Street<br>Hanford, CA 93230 | | | 1997; medical services | | | | 4,874.00 |
| Account No.<br>Kings Credit Services<br>P.O. Box 950<br>Hanford, CA 93232-0950 | | | Assignee or other notification for:<br>Wickert Chiropractic | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet    4 of    4 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   5,218.00

(Complete only on last sheet of Schedule F) TOTAL   212,597.00

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS